UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
ORTHOARM INCORPORATED,

                                  Plaintiff,

                   - against -

DENTSPLY GAC INTERNATIONAL and
DENTSPLY SIRONA INC.,

                                Defendants.
----------------------------------------------------------- X

**ORDER**

16-cv-5433 (BMC) (ST)

**COGAN**, District Judge.

This matter is before me on the Report and Recommendation of Magistrate Judge Steven L. Tiscione dated July 30, 2018, in which he recommended that the Court construe the term "movable" in claim 1 of U.S. Patent No. 8,636,507 as: capable of being moved, by a practitioner, between an open position and a closed position in a lateral direction only, without the need for the practitioner to rotate the shutter.

No objections have been filed to the Report and Recommendation. Having reviewed the Report and Recommendation, I adopt it in full. It is therefore ORDERED that the [70] Report and Recommendation is ADOPTED as the findings of this Court for the Markman hearing held on July 21, 2017.

**SO ORDERED.**

                                                                                _____
                                                                                       U.S.D.J.

Dated: Brooklyn, New York
         August 27, 2018